## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATINA JENKINS** | * | **CIVIL ACTION No.:** |
| **Plaintiff** | * | |
| | * | **DIVISION:** |
| **VERSUS** | * | |
| | * | |
| **DOLLAR TREE STORES, INC.** | * | |
| **FAMILY DOLLAR STORES OF** | * | **JUDGE:** |
| **LOUISIANA, INC. D/B/A** | * | |
| **FAMILY DOLLAR** | * | |
| **Defendants** | * | **MAGISTRATE:** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PETITION FOR REMOVAL

Defendants, Dollar Tree Stores, Inc. and Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, file this Petition for Removal pursuant to 28 U.S.C. §1332 and §1441, and hereby removes this matter from the 24TH Judicial District Court for the Parish of Jefferson, State of Louisiana, to the docket of this Honorable Court on the grounds forth below:

1) Plaintiff, Katina Jenkins, a person of full age of majority and is a Louisiana citizen, who filed her Petition for Damages on October 13, 2020, against Dollar Tree Stores, Inc., Family Dollar Stores of Louisiana, Inc., both Virginia Corporations. Plaintiff's Petition for Damages, attached hereto and marked as Exhibit "A").

2) Defendant, Dollar Tree Stores, Inc., was served through its registered agent for service of process, 1 Corp Services, in Baton Rouge, Louisiana, with a copy of the Citation and Petition on November 2, 2020. (See service of Process Notice and Citation attached hereto and marked for identification as Exhibit "B").

3) Defendant, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, was served through its registered agent for service of process, 1 Corp Services, in Baton Rouge,

Louisiana,  with a copy of the Citation and Petition on November 2, 2020.   (See service of Process Notice and Citation attached hereto and marked for identification as Exhibit "B").

4)   The suit seeks damages from Dollar Tree Stores, Inc. and Family Dollar Stores of Louisiana, Inc. d/b/a  for personal injuries allegedly sustained by plaintiff, as a result of an incident that occurred at the Family Dollar Store No. 1512 located at 5949 Lapalco Boulevard in Marrero, Jefferson Parish, Louisiana, when she alleges she slipped and fell on a liquid substance on the floor.

5)   Plaintiff's Petition for Damages is silent as to the amount in controversy.

**I.    REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.**

6)   28 U.S.C. § 1332 provides federal district court with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum of or value of $75,000.00, exclusive of interest and costs, and is between, - (1) citizens of different States."

**A.    THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.**

7)   The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000.00, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000.00, or (2) 'by setting forth *the facts* in controversy-preferably in the removal petition, but sometimes by affidavit-that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical, Co.,* 309 F.3d 864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. R &H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1995)).

8)     In Paragraph 8 of plaintiff's Petition for Damages, plaintiff alleges that she "sustained serious injuries and suffered excruciating pain and suffering."

9)     Defendant's counsel sent an email on November 4, 2020, to plaintiff's counsel, Philip D. Lorio, IV, requesting that the plaintiff's counsel stipulate to damages of less than $75,000.00.  On November 4, 2020, plaintiff's counsel responded and advised that "she is still treating so I cannot stipulate to that."  (Please see the attached copy of email attached hereto as Exhibit "C")

### B.     COMPLETE DIVERSITY

10)    Defendant, Dollar Tree Stores, Inc., is a foreign corporation incorporated in the State of Virginia, with its principal place of business at 500 Volvo Parkway, Chesapeake, Virginia 23320.

11)    Defendant, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar,  is a foreign corporation incorporated in the State of Virginia, with its principal place of business at 500 Volvo Parkway, Chesapeake, Virginia 23320.

12)    Plaintiff, Katina Jenkins, is a resident of and domiciled in the State of Louisiana.

13)    Accordingly, there is complete diversity of citizenship between the plaintiff and the defendants.

14)    This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et. seq.,* as the amount in controversy, evidenced by the Petition for Damages, exceeds  **SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS** ($75,000.00), exclusive of interest and costs, and complete diversity exists between all adverse parties.

II.   **DOLLAR TREE STORES, INC. AND FAMILY DOLLAR STORES OF LOUISIANA, INC.   D/B/A FAMILY DOLLAR HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.**

15)   Defendant, Dollar Tree Stores, Inc., was served with the Petition for Damages through its agent for service, 1 Corp Services in Baton Rouge, Louisiana on November 2, 2020.

16)   Defendant, Family Dollar Stores of Louisiana, Inc., was served with the Petition for Damages  through its agent for service, 1 Corp Services in Baton Rouge, Louisiana on November 2, 2020.

17)   Plaintiff's Petition for Damages is silent as to the value of plaintiff's damages and/or the amount in controversy.

18)   Plaintiff's Petition for Damages does not offer a binding stipulation that plaintiff will not seek to enforce any judgment that may be awarded in excess of $75,000.00, as would be required pursuant to *Davis v. State Farm*, No. 06-560, slip op. (E.D. La. June 7, 2006.

19)   In Paragraph 8 of plaintiff's Petition for Damages, plaintiff alleges that she "sustained serious injuries and suffered excruciating pain and suffering."

20)   Defendants' counsel sent an email to plaintiff's counsel requesting a stipulation that the case is worth less than $75,000.00, on November 4, 2020, and plaintiff's counsel replied to the email on November 4, 2020, stating that "she is still treating so I cannot stipulate to that," and this Removal Petition is filed within thirty (30) days of receipt of papers confirming the existence of diversity jurisdiction. (See Exhibit "C")

21)   Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C.§ 1332, which grants federal courts concurrent jurisdiction over claims where the

matter in controversy exceeds the sum or value of **SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS** (75,000.00), exclusive of interest and costs, and is between citizens of different States.

22)   The 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

23)   No previous application has been made by defendants, Dollar Tree Stores, Inc. and Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, in this case for the relief requested herein.

24)   Pursuant to 28 U.S.C.§ 1446(a), a certified copy of the 24th Judicial District Court's record is attached hereto as Exhibit "A."  Pursuant to 28 U.S.C.§ 1446(a), a copy of this Petition for Removal is being served upon counsel for plaintiff, and a Notice of Removal is being forwarded to be filed with the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and sent to the counsel for plaintiff.

25)   Defendant, Family Dollar Stores of Louisiana, Inc., desires and is entitled to a trial by jury of all issues.

   **WHEREFORE**, defendants, Dollar Tree Stores, Inc. and Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, hereby remove this action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the docket of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company


_____*s//Jack E. Truitt*_____
JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Dollar Tree Stores, Inc. And Family
Dollar Stores of Louisiana, Inc. d/b/a Family Dollar

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on November 10, 2020.


_____*s//Jack E. Truitt*_____