**APPENDIX 9.6**
**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

Katina Jenkins    vs. Dollar Tree Stores, Inc. d/b/a Family Dollar and Family Dollar Stores of Louisiana, Inc.

Court: 24th JDC    Docket Number: _____

Parish of Filing: Jefferson    Filing Date: 10/13/20

Name of Lead Petitioner's Attorney: Philip D. Lorio IV

Name of Self-Represented Litigant: _____

Number of named petitioners: 1    Number of named defendants: 1

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| __Auto: Personal Injury | __ Auto: Property Damage |
| __Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __Product Liability | ✓Premise Liability |
| __Intentional Bodily Injury | __ Intentional Property Damage |
| __Intentional Wrongful Death | __ Unfair Business Practice |
| __Business Tort | __ Fraud |
| __Defamation | __ Professional Negligence |
| __Environmental Tort | __ Medical Malpractice |
| __Intellectual Property | __ Toxic Tort |
| __Legal Malpractice | __ Other Tort (describe below) |
| __Other Professional Malpractice | __ Redhibition |
| __Maritime | __ Class action (nature of case) |
| __Wrongful Death | _____ |
| __General Negligence | |

Please briefly describe the nature of the litigation in one sentence of additional detail:
Defendant left a liquid substance on its floor causing plaintiff to slip and fall, which caused injuries and damage to plaintiff.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Philip D. Lorio IV    Signature _____

Address 650 Poydras Street, Suite 1550, New Orleans, Louisiana 70130

number: 504-517-1673    E-mail address: phil@chopinlawfirm.com

24th JDC Civil Fax Filed:10/13/2020 16:08:56 Case:811155 Div:C ID:47293

EXHIBIT
A



JON A. GEGENHEIMER
**JEFFERSON PARISH CLERK OF COURT**
*24th Judicial District Court Civil Records Division – FAX Filing*
P.O. BOX 10 ● GRETNA LA 70054-0010 ● (504) 364-2971

# FACSIMILE FILING RECEIPT OF TRANSMISSION

To:
JUSTIN M CHOPIN, ATTORNEY
FAX # 504-324-0640
Email: JUSTIN@CHOPINLAWFIRM.COM

October 14 , 20 20

From: s/ Angela P. Ingraffia , *Deputy Clerk of Court*
24th JDC FAX Filing ● (504) 364-2971

Re: Case #: 811-155 Div.: C
Case Title: KATINA JENKINS vs DOLLAR TREE STORES INC, Et Al

Total Number of Pages: 7
Document Type: PETITION FOR DAMAGES / CIVIL COVER SHEET

Receipt is hereby acknowledged of the above described document, which was filed at
04:08 ☐ A.M. ☒ P.M. on October 13 , 20 20.

PLEASE TAKE NOTICE that per La. R.S. 13:850, as amended by Act 109 of the 2016 Regular Legislative Session, the following shall be delivered to the clerk of court:
1. Fees for the facsimile filing and filing of the original document as stated below.
2. A transmission fee of $5.00.
3. Original documents identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. Original documents which are not identical to the facsimile filing or which include pages not included in the facsimile filing shall not be considered the original document.

NOTE: Although fees due may be paid by credit card, the facsimile filing shall have no force and effect if the original documents are not delivered to the clerk of court within 7 (seven) days, exclusive of legal holidays, after the clerk of court receives the facsimile filing.

NOTE: Per La. R.S. 13:850, the facsimile filing fee and transmission fee are incurred at the time the clerk of court receives the fax transmission, and the fees are due and payable regardless of whether the original documents are received.

☒ Check, credit card, or money order to "Jefferson Parish Clerk of Court" $ $495.00
☒ Check or money order payable to "East Baton Rouge Sheriff": $ $66.72
☐ Check or money order payable to "Jefferson Parish Sheriff": $_____
☐ Check or money order payable to "Orleans Parish Civil Sheriff": $_____
☐ Check or money order payable to "Louisiana Secretary of State": $_____
☐ Check or money order payable to _____: $_____
☐ Check or money order payable to _____: $_____
☐ Send the La. Civil Case Reporting form required per La. R.S. 13:4688.
☐ Other:

Payments to Jefferson Parish Clerk of Court can be made by credit card, all other payments must be sent by check or money order.
To pay by credit card go to: https://ssl.jpclerkofcourt.us/JeffNetGo/CaseDeposit select court "24th Civil JDC" and enter this case number.

**\*\*\*PLEASE ENCLOSE A COPY OF THIS ACKNOWLEDGMENT**
Received: Oct 13 2020 16:08:56 Pages: 7 JobID:401d6a1a50ff10d
**WHEN ORIGINAL PLEADING IS SUBMITTED.\*\*\***

11/04/2020 12:49:15 CERTIFIED TRUE COPY - Pg:1 of 8 - Jefferson Parish Clerk of Court - ID:20114512

24th JDC Civil Fax Filed:10/13/2020 16:08:56 Case:811155 Div:C ID:47293

10/13/2020  02:08 PM   TO:15043643780  FROM:5043999905          Page: 1

# Fax Transmission

**To:**

**Fax:** 15043643780

**RE:** New Filing

**From:** CLFphill

**Date:** 10/13/2020 2:08:33 PM MST

**Pages:** 7



---

**Comments:**

Dear Clerk,

Attached is a Petition for Damages to be filed on this date. Please alert us to any filing and/or service fees by return fax. Please note that the original and appropriate copies will follow via U.S. Mail, along with our firm check for the cost for this filing.

Kindest regards,

Philip D. Lorio IV
Attorney

[9.19]
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone: (504) 517-1673
Facsimile: (504) 324-0640
Phil@ChopinLawFirm.com<mailto:Phil@ChopinLawFirm.com>
www.ChopinLawFirm.com<http://www.chopinlawfirm.com/>

LOUISIANA | MISSISSIPPI | TEXAS

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you receive this email in error, please immediately contact Justin M. Chopin at The Chopin Law Firm by return email or at 504-229-6681. IRS Circular 230 Disclosure: This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed by the taxpayer.

24th JDC Civil Fax Filed:10/13/2020 16:08:56 Case:811155 Div:C ID:47293



JON A. GEGENHEIMER

11/04/2020 12:49:15 CERTIFIED TRUE COPY - Pg:2 of 8 - Jefferson Parish Clerk of Court - ID:20114512



24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.:                                                    DIVISION " "

KATINA JENKINS

VS.

DOLLAR TREE STORES, INC. AND FAMILY DOLLAR STORES OF LOUISIANA,
INC. D/B/A FAMILY DOLLAR

FILED: _____          _____
                                              DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, Plaintiff, KATINA JENKINS (sometimes hereinafter "Plaintiff"), who petitions this Court for a judgment against Defendants, DOLLAR TREE STORES, INC. D/B/A FAMILY DOLLAR AND FAMILY DOLLAR STORES OF LOUISIANA, INC. D/B/A FAMILY DOLLAR (sometimes herein collectively "Defendants") and in support thereof respectfully avers as follows:

### PARTIES

1.

Plaintiff, Katina Jenkins, is domiciled in the State of Louisiana and is of the full age of majority.

2.

Defendant, Dollar Tree Stores, Inc. d/b/a Family Dollar is a foreign corporation, licensed to do and conducting business in the State of Louisiana.

3.

Defendant, Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, is a foreign corporation, licensed to do and conducting business in the State of Louisiana.

### JURISDICTION AND VENUE

4.

The State of Louisiana has jurisdiction over the Defendants because they are licensed to do and doing business within the State.

24th JDC Civil Fax Filed:10/13/2020 16:08:56 Case:811155 Div:C ID:47293

1



JON A. GEGENHEIMER



5.

Venue is proper within Jefferson Parish pursuant to La. Code Civ. Proc. art. 74.

### FACTS

6.

On or about December 24, 2019, Plaintiff, Katina Jenkins, was visiting the Family Dollar Store located at 5949 Lapalco Boulevard, Marrero, Louisiana 70072 in the Parish of Jefferson (hereinafter referred to as the "Store").   While walking in the Store, of which Defendants had care custody, and control, Plaintiff slipped and fell on a liquid substance that was on the Store's floor (hereinafter sometimes "Dangerous Condition").

7.

At all times material hereto, Defendants, as the owners and operators of the Store, were responsible for maintaining a reasonably safe premises for its patrons, such as Plaintiff.

8.

As a result of the accident, Plaintiff sustained serious injuries and suffered excruciating pain and suffering.

9.

Plaintiff's injuries required prompt medical attention, as well as ongoing medical treatment, prescription medication, and physical therapy, all resulting in continued pain and suffering.

10.

Defendants (including their directors, officers, agents, servants, and employees, all acting within the scope of their authority or employment) conduct, actions, and/or inactions directly caused, proximately caused, and/or were a substantial factor in causing Plaintiff's accident and resulting injuries and damages.

11.

Defendants created, knew or reasonably should have known of the liquid substance on the floor and the unreasonable risk of harm it posed to patrons of the Store such as Plaintiff.

24th JDC Civil Fax Filed:10/13/2020 16:08:56 Case:811155 Div:C ID:47293

11/04/2020 12:49:15 CERTIFIED TRUE COPY - Pg:5 of 8 - Jefferson Parish Clerk of Court - ID:20114512



12.

Defendants, as owners, franchisees, operators and managers of the Store, owed Plaintiff a

duty of care to:

    a.  exercise reasonable care for Plaintiff's safety on the premises;

    b.  keep the premises in a reasonably safe condition;

    c.  ensure that Plaintiff was not exposed to unreasonable risks of injury or harm;

    d.  avoid creating unreasonable risks of harm;

    e.  discover any unreasonably dangerous conditions and either:

        i.  correct the conditions, or

        ii.  adequately warn Plaintiff of the condition.

13.

Defendants breached their duty of care owed to Plaintiff in one or more of the following

ways:

    a.  Causing the liquid substance to be on the floor spilling the liquid substance on the floor, or otherwise allowing the liquid substance to be on the floor for a period of time, and failing to take adequate precautions, which presented an unreasonably dangerous condition at the Store;

    b.  Failing to clean the Dangerous Condition or otherwise remove it from the floor prior to Plaintiff's fall;

    c.  Failing to place any warning signs around the Dangerous Condition to avoid Plaintiff's fall;

    d.  Failing to correct the dangerous condition of its premises;

    e.  Failing to adequately warn guests of the dangerous condition of its premises;

    f.  Failing to use ordinary care in inspecting its premises;

    g.  Failing to reduce or eliminate an unreasonably dangerous condition;

    h.  Failing to inspect the premises to discover latent, dangerous conditions;

    i.  Failing to train its personnel on the proper method of maintaining safe premises;

    j.  Failing to cure, correct, alleviate, remove, and/or repair timely all dangerous and unsafe conditions; and

24th JDC Civil Fax Filed:10/13/2020 16:08:56 Case:811155 Div:C ID:47293

11/04/2020 12:49:15 CERTIFIED TRUE COPY - Pg:6 of 8 - Jefferson Parish Clerk of Court - ID:20114512



k.  Failing to act as a reasonably prudent person would under the same or similar circumstances.

14.

The foregoing breaches of duties by Defendants directly and proximately caused serious and debilitating injuries to Plaintiff.

## DAMAGES

15.

Defendants' acts and omissions, as detailed above, proximately caused personal injury to Plaintiff, which includes but is not limited to the following:

a.  Pain and suffering in the past, present and future,

b.  Mental anguish in the past, present and future,

c.  Physical disfigurement,

d.  Physical impairment in the past, present and future,

e.  Lost wages and loss of earnings capacity,

f.  Medical expenses in the past, present and future,

g.  Other unliquidated damages within the jurisdictional limits of this Court, and

h.  Pre-judgment interest and post-judgment interest.

**WHEREFORE**, Plaintiff, Katina Jenkins, prays that Defendants, Dollar Tree Stores, Inc. d/b/a Family Dollar and Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, be served with a citation and this Petition; and after due proceedings are had, that there be a judgment in Plaintiff's favor, against the Defendants for the damages Plaintiff sustained in an amount the Court determines to be reasonable and proper plus all costs, expert fees, pre and post judgment interest, and for all general and equitable relief as the Court may deem just and proper.

*[SIGNATURE BLOCK ON FOLLOWING PAGE]*

11/04/2020 12:49:15 CERTIFIED TRUE COPY - Pg:7 of 8 - Jefferson Parish Clerk of Court - ID:20114512



Respectfully submitted,

THE CHOPIN LAW FIRM LLC



JUSTIN M. CHOPIN (La. 31100)
PHILIP D. LORIO IV (La. 34648)
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Justin Direct:   504-229-6681
Phil Direct:     504-517-1673
Facsimile:       504-324-0640
E-mail: Justin@ChopinLawFirm.com
          Phil@ChopinLawFirm.com
*Attorneys for Plaintiff, Katina Jenkins*

**PLEASE SERVE:**

DOLLAR TREE STORES, INC. D/B/A FAMILY DOLLAR
*Through its registered agent for service of process,*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

*--AND--*

FAMILY DOLLAR STORES OF LOUISIANA, INC. D/B/A FAMILY DOLLAR
*Through its registered agent for service of process,*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

5

4853-0876-9838 11/04/2020 12:49:15 CERTIFIED TRUE COPY - Pg:8 of 8 - Jefferson Parish Clerk of Court - ID:20114512

JON A. GEGENHEIMER

(101) CITATION: PETITION FOR DAMAGES;  .  201019-1188-9

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KATINA JENKINS
   versus
DOLLAR TREE STORES INC AND  FAMILY DOLLAR
STORES OF LOUISIANA INC D/B/A FAMILY DOLLAR

Case: 811-155   Div: "C"
P 1 KATINA JENKINS

To:  DOLLAR TREE STORES INC
D/B/A FAMILY DOLLAR
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

EBR CK # 008250 $66.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation; or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney PHILIP D. LORIO IV and was issued by the Clerk of
Court on the 19th day of October, 2020.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court



_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;  201019-1188-9

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal     ___ Domiciliary _____

Unable to serve:
   ___ Not at this address     ___ Numerous attempts _____ times
   ___ Vacant     ___ Received too late to serve
   ___ Moved     ___ No longer works at this address
   ___ No such address     ___ Need apartment / building number
   ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____  # _____
             Deputy Sheriff

Parish of: _____

Imaged 10/19/2020 09:44 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES;                    201019-1189-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KATINA JENKINS
   versus                                    Case: 811-155   Div: "C"
DOLLAR TREE STORES INC AND  FAMILY DOLLAR      P 1 KATINA JENKINS
STORES OF LOUISIANA INC D/B/A FAMILY DOLLAR

To:  FAMILY DOLLAR STORES OF LOUISIANA INC
D/B/A FAMILY DOLLAR
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS:                                     EBR CK # 008250  $66.72
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney PHILIP D. LORIO IV and was issued by the Clerk of
Court on the 19th day of October, 2020.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    201019-1189-7

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal              ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                ___ Received too late to serve
   ___ Moved                 ___ No longer works at this address
   ___ No such address       ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
           Deputy Sheriff
Parish of: _____



Imaged 10/19/2020 09:44 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

*Send via mail*

**APPENDIX 9.6**

FILED FOR RECORD 10/16/2020 10:13:54

Jon A. Gegenheimer, Jeffrey M. Knight, DY CLERK

JEFFERSON PARISH, LA

## LOUISIANA CIVIL CASE REPORT

### Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
### General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Katina Jenkins   vs.   Dollar Tree Stores, Inc. d/b/a Family Dollar and Family Dollar Stores of Louisiana, Inc.

**Court:** 24th JDC   **Docket Number:** _____

**Parish of Filing:** Jefferson   **Filing Date:** 10/13/20

**Name of Lead Petitioner's Attorney:** Philip D. Lorio IV

Filed by: Fax 10-13-20   Date: _____   Time: _____ Deputy Clerk: _____ (SEE ATTACHED LOG)

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1      **Number of named defendants:** 1

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

___Auto: Personal Injury
___Auto: Wrongful Death
___Asbestos: Property Damage
___Product Liability
___Intentional Bodily Injury
___Intentional Wrongful Death
___Business Tort
___Defamation
___Environmental Tort
___Intellectual Property
___Legal Malpractice
___Other Professional Malpractice
___Maritime
___Wrongful Death
___General Negligence

___Auto: Property Damage
___Auto: Uninsured Motorist
___Asbestos: Personal Injury/Death
✓Premise Liability
___Intentional Property Damage
___Unfair Business Practice
___Fraud
___Professional Negligence
___Medical Malpractice
___Toxic Tort
___Other Tort (describe below)
___Redhibition
___Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Defendant left a liquid substance on its floor causing plaintiff to slip and fall, which caused injuries and damages to plaintiff.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Philip D. Lorio IV   Signature _____

Address 650 Poydras Street, Suite 1550, New Orleans, Louisiana 70130

Phone number: 504-517-1673   E-mail address: phil@chopinlawfirm.com

11/04/2020 12:50:01 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:20114513

JON A. GEGENHEIMER

SERVICE COPY  RETURN COPY

(101) CITATION: PETITION FOR DAMAGES;                    201019-1188-9

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

KATINA JENKINS
    versus                                        Case: 811-155    Div: "C"
DOLLAR TREE STORES INC AND  FAMILY DOLLAR        P 1 KATINA JENKINS
STORES OF LOUISIANA INC D/B/A FAMILY DOLLAR

To: DOLLAR TREE STORES INC
D/B/A FAMILY DOLLAR
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY                      EBR CK # 008250 $66.72
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney PHILIP D. LORIO IV and was issued by the Clerk of
Court on the 19th day of October, 2020.

                                 /s/ Karen F Mcevers
                                 Karen F Mcevers, Deputy Clerk of Court for
                                 Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    201019-1188-9

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal        ___ Domiciliary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address      ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
               Deputy Sheriff

Parish of:_____

made service on the named party through the
CORPORATION SERVICE COMPANY

NOV 02 2020

by tendering a copy of this document to

☐ _____

DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, LA

EMMA WALLACE

FILED FOR RECORD 11/09/2020 11:13:45
Dianne A. Everage, DY CLERK
JEFFERSON PARISH, LA

RECEIVED

OCT 29 2020

E.B.R. SHERIFF'S OFFICE



JON A. GEGENHEIMER



**JON A. GEGENHEIMER**
# JEFFERSON PARISH CLERK OF COURT
*24th Judicial District Court Civil Records Division – FAX Filing*
P.O. BOX 10 ● GRETNA LA 70054-0010 ● (504) 364-2971

# FACSIMILE FILING RECEIPT OF TRANSMISSION

To: JACK TRUITT / ATTORNEY
FAX # 985-327-5252
Email: MAIL@TRUITTLAW.COM

November 04 _____, 20 20

From: s/ Rachel A. Ponce_____, *Deputy Clerk of Court*
24th JDC FAX Filing ● (504) 364-2971

Re: Case #: _____ 811-155 _____ Div.: C
Case Title: KATINA JENKINS vs DOLLAR TREE STORES INC, Et Al

Total Number of Pages: 8
Document Type: ANSWER TO PETITION FOR DAMAGES / JURY ORDER / REQUEST FOR NOTICE

Receipt is hereby acknowledged of the above described document, which was filed at
03:13 ☐ A.M. ☒ P.M. on November 03 _____, 20 20.

PLEASE TAKE NOTICE that per La. R.S. 13:850, as amended by Act 109 of the 2016 Regular Legislative Session, the following shall be delivered to the clerk of court:
1. Fees for the facsimile filing and filing of the original document as stated below.
2. A transmission fee of $5.00.
3. Original documents identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. Original documents which are not identical to the facsimile filing or which include pages not included in the facsimile filing shall not be considered the original document.

NOTE: Although fees due may be paid by credit card, the facsimile filing shall have no force and effect if the original documents are not delivered to the clerk of court within 7 (seven) days, exclusive of legal holidays, after the clerk of court receives the facsimile filing.

NOTE: Per La. R.S. 13:850, the facsimile filing fee and transmission fee are incurred at the time the clerk of court receives the fax transmission, and the fees are due and payable regardless of whether the original documents are received.

☒ Check, credit card, or money order to "Jefferson Parish Clerk of Court"     $ 270.00
☐ Check or money order payable to "East Baton Rouge Sheriff":     $_____
☐ Check or money order payable to "Jefferson Parish Sheriff":     $_____
☐ Check or money order payable to "Orleans Parish Civil Sheriff":     $_____
☐ Check or money order payable to "Louisiana Secretary of State":     $_____
☐ Check or money order payable to _____ : $_____
☐ Check or money order payable to _____ : $_____
☐ Send the La. Civil Case Reporting form required per La. R.S. 13:4688.
☐ Other:

Payments to Jefferson Parish Clerk of Court can be made by credit card, all other payments must be sent by check or money order.
To pay by credit card go to: https://ssl.jpclerkofcourt.us/JeffNetGo/CaseDeposit
select court "24th Civil JDC" and enter this case number.

*****PLEASE ENCLOSE A COPY OF THIS ACKNOWLEDGMENT
WHEN ORIGINAL PLEADING IS SUBMITTED.*****

Received: Nov 03 2020 15:13:36 Pages: 8  JobID:401d6b22631d8c7

11/04/2020 12:47:49 CERTIFIED TRUE COPY - Pg:1 of 9 - Jefferson Parish Clerk of Court - ID:20114510

24th JDC Civil Fax Filed:11/03/2020 15:13:36 Case:811155 Div:C ID:47817

11/3/2020  02:13 PM  TO:15043643780  FROM:9852730491        Page: 1

# Fax Transmission

**To:**  Clerk of Court, 24th JDC          **From:**  Jack E Truitt, Esq.

**Fax:**  15043643780                   **Date:**  11/3/2020 3:13:12 PM CST

**RE:**  Katina Jenkins v. Dollar Tree Stores, Inc., et al; No   **Pages:**  8



**Comments:**

Please see the attached. Thanks.

24th JDC Civil Fax Filed:11/03/2020 15:13:36 Case:811155 Div:C ID:47817



11/04/2020 12:47:49 CERTIFIED TRUE COPY - Pg:2 of 9 - Jefferson Parish Clerk of Court - ID:20114510

11/3/2020    02:13 PM    TO:15043643780   FROM:9852730491          Page: 2

149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252


——————THE——————
TRUITT LAW FIRM
——————— LLC ———————
KNOWING BOTH SIDES OF THE CASE; IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

November 3, 2020

*Via Facsimile (504) 364-3780  and*
*Regular U.S. Mail*
Clerk of Court
24th Judicial District Court
P.O. Box 10
Gretna, Louisiana 70054-0010

    RE:   Katina Jenkins vs.
          Dollar Tree Stores, Inc., et al;
          24th JDC,  Docket No.: 811155, "C"
          Our file No. 13-13520
          Claim No.:30204429802
          DOL: 12/24/2019

Dear Clerk:

    Enclosed please find our Answer to Petition for Damages, Jury Order, and Request for Notice
in connection with the captioned litigation.  Please file into the record, present the Jury Order to the
Court, and return conformed copies to me in the enclosed, self-addressed and stamped envelope.

    We are filing the above via facsimile pursuant to the provisions of Louisiana Revised Statute
13:850.  Please confirm receipt of these pleadings and the cost associated with this facsimile filing.

    We will remit the original pleadings and cost due within five days of today.  If you have any
questions, please do not hesitate to contact me.

                                            With kindest regards,

                                            JACK E. TRUITT

JET/blm
Enclosures
cc:    Philip D. Lorio, IV, Esq. *(Via Facsimile Transmission Only 504-324-0640 w/encl.)*



JON A. GEGENHEIMER

24th JDC Civil Fax Filed:11/03/2020 15:13:36 Case:811155 Div:C ID:47817

11/04/2020 12:47:49 CERTIFIED TRUE COPY - Pg:3 of 9 - Jefferson Parish Clerk of Court - ID:20114510

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO: 811155                                      DIVISION "C"

KATINA JENKINS

VERSUS

DOLLAR TREE STORES, INC. AND FAMILY DOLLAR STORES
OF LOUISIANA, INC.  D/B/A FAMILY DOLLAR

FILED:_____       _____
                                       DEPUTY CLERK

### ANSWER TO PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come defendants, Dollar Tree Stores,
Inc. and Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, who respectfully answer the
Petition for Damages of plaintiffs as follows:

1.

The allegations contained in Paragraph 1 of plaintiff's Petition for Damages are denied for
lack of sufficient information to justify a belief therein.

2.

The allegations contained in Paragraph 2 of plaintiff's Petition for Damages are admitted
as to the status of Dollar Tree Stores, Inc., only; all other allegations are denied for lack of sufficient
information to justify a belief therein.

3.

The allegations contained in Paragraph 3 of plaintiff's Petition for Damages are admitted as
to the status of Family Dollar Stores of Louisiana, Inc., only;  all other allegations are denied for lack
of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph 4 of plaintiff's Petition for Damages are denied for
lack of sufficient information to justify a belief herein.

5.

The allegations contained in Paragraph 5 of plaintiff's Petition for Damages are denied for
lack of sufficient information to justify a belief therein.



JON A. GEGENHEIMER

11/04/2020 12:47:49 CERTIFIED TRUE COPY - Pg:4 of 9 - Jefferson Parish Clerk of Court - ID:20114510

**6.**

The allegations contained in Paragraph 6 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

**7.**

The allegations contained in Paragraph 7 of plaintiff's Petition for Damages are denied for a lack of sufficient information to justify a belief therein.

**8.**

The allegations contained in Paragraph 8 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

**9.**

The allegations contained in Paragraph 9 of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

**10.**

The allegations contained in Paragraph 10 of plaintiff's Petition for Damages are denied.

**11.**

The allegations contained in Paragraph 11 of plaintiff's Petition for Damages are denied.

**12.**

The allegations contained in Paragraph 12 and subparagraphs (a) through (e) of plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief herein.

**13.**

The allegations contained in Paragraph 13 and subparagraphs (a) through (k) of plaintiff's Petition for Damages are denied.

**14.**

The allegations contained in Paragraph 14 of plaintiff's Petition for Damages are denied.

**15.**

The allegations contained in Paragraph 15 and subparagraphs (a) through (h) of plaintiff's Petition for Damages are denied.

**16.**

Defendants aver that the alleged damages of plaintiff, which alleged damages are hereby specifically denied, were the result of fault and/or negligence on behalf of third parties for whom defendants are not responsible or legally liable, which fault and/or negligence of said third parties

24th JDC Civil Fax Filed:11/03/2020 15:13:36 Case:811155 Div:C ID:47817

11/04/2020 12:47:49 CERTIFIED TRUE COPY - Pg:5 of 9 - Jefferson Parish Clerk of Court - ID:20114510

JON A. GEGENHEIMER

is hereby plead in bar to or diminution of any recovery by plaintiff.

17.

Defendants aver that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of the comparative negligence and/or fault of the plaintiff, the particulars of which will be shown at trial of on the merits of this litigation, which fault and/or negligence is hereby pled in bar to or diminution of any recovery by plaintiff.

18.

Defendants aver that the alleged damages sustained by plaintiff, which damages are hereby specifically denied, were the result of plaintiff's voluntary and knowing assumption of the risks, which are hereby pled in bar to or diminution of any recovery by plaintiff.

19.

Defendants aver that plaintiff has failed to mitigate damages, if any.

20.

Defendants pray for and are entitled to a trial by jury.

**WHEREFORE**, defendants pray that there be judgment herein in its favor after due and deliberate proceedings had, with all costs and attorney's fees incurred in defending this litigation assessed against plaintiff. Defendants also pray for a trial by jury and any other general or equitable relief which this Honorable Court may deem appropriate.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Dollar Tree Stores, Inc. And Family
Dollar Stores of Louisiana, Inc. d/b/a Family Dollar

24th JDC Civil Fax Filed:11/03/2020 15:13:36 Case:811155 Div:C ID:47817



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on _____ 11/3 _____, 2020.

24th JDC Civil Fax Filed:11/03/2020 15:13:36 Case:811155 Div:C ID:47817

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO: 811155

DIVISION "C"

KATINA JENKINS

VERSUS

DOLLAR TREE STORES, INC. AND FAMILY DOLLAR STORES
OF LOUISIANA, INC.  D/B/A FAMILY DOLLAR

FILED:_____          _____
                                  DEPUTY CLERK

### JURY ORDER

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734, *et seq.,* movers, Dollar Tree Stores, Inc. and Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, shall post a jury bond in the amount of $_____. The jury bond shall be filed with the Clerk of Court within _____days prior to trial.

The jury bond will bind movers unto the Clerk of Court  in the amount of $_____, for the payment of all costs of the trial by jury in the above cause.

Gretna, Louisiana, this_____ day of _____, 2020

_____
THE HONORABLE JUNE BERRY DARENSBURG

24th JDC Civil Fax Filed:11/03/2020 15:13:36 Case:811155 Div:C ID:47817



24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO: 811155                                                      DIVISION "C"

KATINA JENKINS

VERSUS

DOLLAR TREE STORES, INC. AND FAMILY DOLLAR STORES OF LOUISIANA, INC.
D/B/A FAMILY DOLLAR

FILED:_____          _____
                                              DEPUTY CLERK

### REQUEST FOR NOTICE

**NOW INTO COURT,** through undersigned counsel, come defendants, Dollar Tree Stores,

Inc. and Family Dollar Stores of Louisiana, Inc. d/b/a Family Dollar, and respectfully request written

notice of the date of trial, as well as written notice of each rendition by the Court of any judgment,

and/or interlocutory order entered in the above entitled and numbered case pursuant to Articles 1913,

1914 and 1572 of the Louisiana Code of Civil Procedure.

                              Respectfully submitted,

                              **THE TRUITT LAW FIRM**
                              A Limited Liability Company

                              _____
                              JACK E. TRUITT, BAR NO. 18476, T.A.
                              LOU ANNE MILLIMAN, BAR NO. 23869
                              MICHELLE MAYNE DAVIS, BAR NO. 23027
                              NANCY N. BUTCHER, BAR NO. 24178
                              LAUREN A. DUNCAN, BAR NO. 37105
                              149 North New Hampshire Street
                              Covington, Louisiana 70433
                              Telephone: (985) 327-5266
                              Facsimile: (985) 327-5252
                              Email: mail@truittlaw.com
                              Counsel for Dollar Tree Stores, Inc., and Family
                              Dollar Stores of Louisiana, Inc. d/b/a Family Dollar

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel

of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile

and/or by electronic means on ____11/3____, 2020.

                              _____

